UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LA MINING, LLC, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-2520** |
| **KWEST, INC., ET AL** | **SECTION: "T" (4)** |

## DEFAULT JUDGMENT

**CONSIDERING** the Complaint (R. Doc. 1) and the *Ex Parte* Motion for Default Judgment (R. Doc. 16), pursuant to Federal Rule of Civil Procedure 55(b)(1), filed by plaintiffs, La Mining, LLC, Myers Mining, LLC and Myers United, LLC, against defendant, Parker Lee, for his failure to respond to the Complaint and the Entry of Default,

**IT IS HEREBY ORDERED ADJUDGED and DECREED** that there be judgment rendered in favor of plaintiffs, La Mining, LLC, Myers Mining, LLC and Myers United, LLC, against defendant, Parker Lee, for the full and true sum of $1,306,069.00, which is the total amount due under the contracts at issue in this case, plus costs and post-judgment interest.

New Orleans, Louisiana, this 1st day of March, 2024.

                                              **CAROL L. MICHEL, CLERK**
                                              **UNITED STATES DISTRICT COURT**
                                              **EASTERN DISTRICT OF LOUISIANA**

**BY:** _____
                                              **Dedra D. Pongracz, Deputy Clerk**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LA MINING, LLC, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-2520** |
| **KWEST, INC., ET AL** | **SECTION: "T" (4)** |

### LAST KNOWN ADDRESS OF DEFENDANT IN DEFAULT

**DEFENDANT:**   Parker Lee
1401 Elm Street, Apt. 4403
Dallas, TX  75202